181 So. 923

**Addie LeMay OWEN v. D. I. HOWARD.**

**8 Div. 622.**

Court of Appeals of Alabama.

May 19, 1938.

PER CURIAM.

Appeal dismissed for want of prosecution.

---

177 So. 924

**Alfred, alias Buddie, PARKER v. STATE.**

**6 Div. 153.**

Court of Appeals of Alabama.

Dec. 14, 1937.

SAMFORD, Judge.

Affirmed.

---

185 So. 925

**Eulalah PARKHILL v. STATE.**

**8 Div. 630.**

Court of Appeals of Alabama.

Dec. 20, 1938.

Wm. C. Rayburn, of Guntersville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

---

186 So. 922

**Early PARKS v. STATE.**

**6 Div. 344.**

Court of Appeals of Alabama.

Jan. 10, 1939.

Albert Boutwell, of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

Affirmed.

---

181 So. 923

**Floyd PARKS v. CITY OF HUNTSVILLE.**

**8 Div. 693.**

Court of Appeals of Alabama.

May 19, 1938.

PER CURIAM.

Appeal dismissed for want of prosecution.

---

184 So. 919

**Edgar (alias Josh) PARRISH v. STATE.**

**4 Div. 471.**

Court of Appeals of Alabama.

Nov. 15, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

Affirmed.